THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN MELEIKA, | : |
| | : CIVIL ACTION NO. 3:21-CV-1763 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Arbuckle) |
| | : |
| MONROE COUNTY, PA, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS \_\_\_31st\_\_\_ DAY OF JANUARY 2022, upon consideration of Magistrate Judge William Arbuckle's Report and Recommendation ("R&R") (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 9) is **ADOPTED** for the reasons set forth therein.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

FILED
SCRANTON
FEB 01 2022
PER _____ DEPUTY CLERK

Robert D. Mariani
United States District Judge